# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CYNTHIA ULRICH FULLER,** | |
| Plaintiff, | 8:14CV413 |
| vs. | |
| **HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,** | MEMORANDUM AND ORDER |
| Defendant. | |

Before the Court are the Findings and Recommendation of Magistrate Judge F.A. Gossett (Filing No. 15). No objections have been filed. Under 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 15) are adopted in their entirety; and

2. Plaintiff's Motion Opposing Defendant's Petition for Removal (Filing No. 3) and Plaintiff's Amended Motion Opposing Defendant's Petition for Removal (Filing No. 10) are denied.

Dated this 8th day of May, 2015

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge